UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MURK'S VILLAGE MARKET, INC., et al.

        Plaintiffs,

v.

BANK OF AMERICA, N.A., et al.

        Defendants.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:13-cv-1083

**ORDER OF RECUSAL**

I must recuse myself under 28 U.S.C. § 455(a) and (b)(5)(i) from further involvement in this case due to a conflict.  The Clerk's Office shall reassign this case to another district judge in accordance with the approve procedure and assign this judge another case in its stead.

**IT IS SO ORDERED**.

Date:  October 3, 2013

   /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge